NICHOLAS H. JACKSON (SBN 269976)
DENTONS US LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
Email: nicholas.jackson@dentons.com

SARAH S. ESKANDARI (SBN 271541)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: sarah.eskandari@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FUNAMBOL, INC.<br><br>Defendant. | Case No. 5:16-cv-02026-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: June 21, 2016<br>Time: 2:00 pm<br>Dept: Courtroom 10, 19th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-2, Plaintiff, Synchronoss Technologies, Inc. ("Synchronoss" or "Plaintiff"), and Defendant Funambol, Inc. ("Funambol" or "Defendant") (collectively, the "Parties"), respectfully request that the Court enter the following stipulation to continue the date of the Case Management Conference.

**I.   Factual Background**

In support of this stipulation, the undersigned Parties provide the following facts:

- 1 -

A. On April 20, 2016, this matter was transferred to this District from the United States District Court of New Jersey and reassigned to United States District Court Magistrate Judge Nathanael M. Cousins. (ECF 41.)

B. On May 16, 2016, Defendant filed, pursuant to Civil Local Rule 3-12, an administrative motion to consider whether this case should be related to two cases currently pending before Judge Gilliam: (1) *Synchronoss Techs., Inc. v. Dropbox, Inc.*, Case No. 16-CV-00119-HSG; and (2) *Synchronoss Techs., Inc. v. Egnyte, Inc.*, Case No. 16-CV-00120-HRL. *See Synchronoss Techs., Inc. v. Dropbox, Inc.*, 3:16-cv-00119-HSG (ECF 104.) On May 25, 2016, this Court granted Defendant's administrative motion and issued an order relating this matter to the *Egnyte* and *Dropbox* matters. (ECF 106.)

C. On June 2, 2016, the Court issued an Order Setting Case Management Conference and ADR Deadlines, setting the Case Management Conference for June 21, 2016 at 2 p.m., and setting related deadlines based on that date. (ECF 55.)

D. Lead counsel for Plaintiff is not available on June 21, 2016 at 2 p.m. to attend the Case Management Conference as they are already scheduled to appear at a Case Management Conference in the Superior Court of Santa Clara County for another matter.

E. Currently pending before this Court is Dropbox's Motion to Dismiss Synchronoss' complaint, filed on March 10, 2016 (ECF 81.) As a result, the Case Management Conferences in the *Dropbox* and *Egnyte* matters have been continued until further notice from the Court pending the Court's decision on Dropbox's motion. (ECF 100.)

F. Based on these facts, the Parties believe a continuance is necessary in order to give the parties adequate time to meet and confer on the relevant issues. Further, the Parties believe a continuance would be in the interest of judicial economy, conserve the Court's and the Parties' resources, and allow for a more efficient and productive discussion with the Court.

G. The Parties met and conferred and agreed to request a continuance of the Case Management Conference to July 19, 2016 or a later date, subject to the convenience of the court.

H. The Parties agree that this stipulation does not modify any other deadlines in the

case schedule.

I.    The Parties previously requested a two-week extension with respect to the Case Management Conference, pending the Court's decision on the administrative motion to relate the case to *Dropbox* and *Egnyte*. (ECF 52.) *See* Civil L.R. 6-2(a)(2).

**II.    Stipulation**

In light of the above facts, the Parties jointly request that the Court enter the following stipulation as an Order of the Court:

A.    The Case Management Conference shall be continued to July 19, 2016 at 2:00 p.m. or a later date subject to the convenience of the Court.

**IT IS SO STIPULATED.**

Dated: June 7, 2016                                    Respectfully submitted,

DENTONS US LLP

By: */s/ Sarah S. Eskandari*
       Sarah S. Eskandari

COUNSEL FOR PLAINTIFF
SYNCHRONOSS TECHNOLOGIES, INC.

Dated: June 7, 2016                                    DURIE TANGRI US LLP

By: */s/ Timothy C. Saulsbury*
       Timothy C. Saulsbury

COUNSEL FOR DEFENDANT
FUNAMBOL, INC.

Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: June 7, 2016                                   By:     */s/ Sarah S. Eskandari*
                                                                                 Sarah S. Eskandari

DENTONS US LLP
1525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 7, 2016

Honorable Haywood S. Gilliam, Jr.
United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 5:16-CV-02026-HSG

# **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I caused to be served the Stipulation and [Proposed] Order to Continue Case Management Conference via the Court's CM/ECF system upon all counsel of record registered to received electronic filings as indicated on the Court's website, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5-1.

Dated: June 7, 2016                                         By:   */s/ Sarah S. Eskandari*

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

CERTIFICATE OF SERVICE