SARAH S. ESKANDARI (SBN 271541)
DENTONS US LLP
One Market Plaza, Spear Tower
24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sarah.eskandari@dentons.com

NICHOLAS H. JACKSON (SBN 269976)
DENTONS US LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
Email: nicholas.jackson@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUNAMBOL, INC. <br><br> Defendant. | Case No. 3:16-cv-02026-HSG <br><br> **ORDER RE REQUEST FOR TELEPHONIC APPEARANCE OF NICHOLAS H. JACKSON AT INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER** <br><br> Date: July 19, 2016 <br> Time: 2:00 p.m. <br> Location: Courtroom 10, 19th Floor <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

- 1 -
**[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE OF NICHOLAS H. JACKSON
AT INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
CASE NO. 3:16-CV-02026-HSG**

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS ORDERED** that counsel for plaintiff Synchronoss Technologies, Inc., Nicholas H. Jackson may attend the initial case management conference via telephonic appearance. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:   July 15, 2016

_____
Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court