UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> FUNAMBOL INC, <br> Defendant. | Case No. 4:16-cv-02026-HSG (KAW) <br> **ORDER REGARDING STIPULATED PROTECTIVE ORDER** <br> Re: Dkt. No. 95 |

On April 7, 2017, the parties filed a stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 11.) They submitted a supporting declaration on April 21, 2017, but never furnished a chambers copy to the undersigned.

Notwithstanding, upon review of the stipulated protective order, the parties again improperly imbedded a discovery dispute, this time pertaining to judicial intervention, in the body of the stipulation. (Dkt. No. 95 at 8-11.) Unlike the previously-filed ESI "stipulation," in which the Court ordered the parties to meet and confer and submit a joint letter, here, the Court ORDERS the parties to adopt the Model Order's language pertaining to judicial intervention and file an amended stipulated protective order within 7 days. (*See* Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets ¶ 6.3.)

IT IS SO ORDERED.

Dated: April 28, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge