UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUNAMBOL, INC., <br><br> Defendant. | Case No. 4:16-cv-02026-HSG (KAW) <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Hon. Haywood S. Gilliam, Jr. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and a confidential License Agreement, Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") and Defendant Funambol, Inc. ("Funambol") hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, including all claims and any counterclaims asserted by either party in this case.

Each side shall bear its own fees and costs.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: May 25, 2017 | | Respectfully submitted, |

DENTONS US LLP
By: /s/ Nicholas H. Jackson
SARAH S. ESKANDARI (SBN 271541)
MARK L. HOGGE (*Pro Hac Vice*)
SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*)
NICHOLAS H. JACKSON (SBN 269976)

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*


DURIE TANGRI LLP


By: /s/ Timothy C. Saulsbury
SONALI D. MAITRA (SBN 254896)
TIMOTHY C. SAULSBURY (SBN 281434)
CATHERINE Y. KIM (SBN 308442)

*Attorneys for Defendant*
*Funambol, Inc.*

**IT IS SO ORDERED.**

United States District Judge
Hon. Haywood S. Gilliam

Dated: May 30, 2017

**ATTESTATION FOR SIGNATURE**

Pursuant to Local Civil Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ Nicholas H. Jackson